UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00394-MSK

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. **QUINN ALLISON GUYTAN,**
  **a/k/a Quinn Allison Guytan, Jr.,**
2. ROBERT PHILLIP PIERCE,

   Defendants.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#21)** on November 28, 2206 by Defendant Quinn Allison Guytan.  The Court construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **January 22, 2007** at **8:20 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3.  The final trial preparation conference set for **December 8, 2006** and the **December 11, 2006** trial date are **VACATED**

Dated this 30th day of November, 2006

                              **BY THE COURT:**

*[signature: Marcia S. Krieger]*

                              Marcia S. Krieger
                              United States District Judge