UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00394-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. **QUINN ALLISON GUYTAN,**
   **a/k/a Quinn Allison Guytan, Jr.,**
2. ROBERT PHILLIP PIERCE,

        Defendants.

## ORDER

THIS MATTER is before the Court on the Unopposed Motion to Continue Change of Plea Hearing **(#23)** filed by Defendant Quinn Allison Guytan. The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#23) is GRANTED**. The change of plea hearing currently set for **January 22, 2007 is VACATED** and reset to **January 29, 2007 at 2:30 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.

Dated this 16th day of January, 2007

                                    **BY THE COURT:**

                                    *Marcia S. Krieger*

                                    Marcia S. Krieger
                                    United States District Judge