IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00394-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   QUINN GUYTAN,

    Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce Adrian Luke Villalobos, date of birth April 24, 1985, DOC # 135493, on April 28, 2008 at 1:30 p.m. for a debriefing at the United States Marshals Service lockup in the above captioned case, and to hold him at all times in the United States Marshals custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this _18th_ day of _April_, 2008.

_____
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO